**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 19-50564-JPS |
| | : CHAPTER: 13 |
| | : |
| CYNTHIA OLIVER PADGETT | : |
| HENRY KEITH PADGETT | : |
|     Debtors | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| BANK OF AMERICA, N.A., | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| CYNTHIA OLIVER PADGETT | : |
| HENRY KEITH PADGETT | : |
| CAMILLE HOPE, Trustee | : |
|     Respondents. | : |

## OBJECTION TO CONFIRMATION

COMES NOW, BANK OF AMERICA, N.A., its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtors` Plan;

1.

Movant asserts that it holds the first mortgage on Debtor's property located at 320 HENSON ROAD, HAWKINSVILLE, GA 31036 (the "Property").

2.

Movant will timely file a Proof of Claim, on or before the Proof of Claim Bar Date, listing a payoff of approximately $7,956.34. The Debtors` Plan fails to provide adequate protection to Movant's property. The Plan fails to list Movant and thus fails to determine the disbursing agent for the ongoing payments. Therefore, Movant objects to confirmation of the plan in its current form.

WHEREFORE, BANK OF AMERICA, N.A., its successors or assigns, prays that this Court inquire as to the matters raised herein and deny confirmation of the Debtors` Plan, or enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 5/14/19

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 14th day of May, 2019, I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Cynthia Oliver Padgett
320 Henson Road
Hawkinsville, GA 31036

Henry Keith Padgett
320 Henson Road
Hawkinsville, GA 31036

Calvin L. Jackson, Esq.
1259 Russell Pkwy
Suite T
Warner Robins, GA 31088

Camille Hope, Trustee
P.O. Box 954
Macon, GA 31202

Executed on: 5/14/19
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor